IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM JOSEPH BROWN, | No. 4:20-CV-00698 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ERIC TICE, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 19th day of April 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 32) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED** in part and **DENIED** in part, as follows:

    a. The motion is **GRANTED** with respect to all claims against defendants Tice and Lusk for lack of personal involvement.

    b. The motion is **GRANTED** with respect to Plaintiff's Section 1983 Eighth Amendment claim of deliberate indifference to serious medical needs against defendant Smith.

    c. The motion is **GRANTED** with respect to Plaintiff's Section 1983 Eighth Amendment claim of excessive force against defendant Britton.

    d. The motion is **DENIED** with respect to Plaintiff's Section 1983 Eighth Amendment failure-to-protect claim against defendant Dell.

2. Entry of judgment in accordance with the above paragraph is **DEFERRED** pending disposition of the remaining claim in this case.

- 2 -

3. The Clerk of Court is directed to terminate defendants Tice, Smith, Britton, and Lusk.

4. Plaintiff's Section 1983 claims of First Amendment retaliation and Fourteenth Amendment Equal Protection are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge